CITY CABS, INC., Appellant,

v.

FEDERAL COMMUNICATIONS COM-
MISSION, Appellee,

Best Cabs, Inc., Intervenor.

No. 15094.

United States Court of Appeals
District of Columbia Circuit.

Argued Jan. 7, 1960.

Decided Jan. 21, 1960.

Mr. Jeremiah Courtney, Washington,
D. C., with whom Mr. Arthur Blooston,
Washington, D. C., was on the brief, for
appellant.

Mr. James T. Brennan, Jr., Counsel,
Federal Communications Commission,
for appellee. Messrs. Edgar W. Holtz,
Acting Gen. Counsel, Federal Communi-
cations Commission, Max D. Paglin,
Asst. Gen. Counsel, Federal Communica-
tions Commission, and John H. Conlin,
Counsel, Federal Communications Com-
mission, were on the brief for appellee.

Mr. Abe L. Stein, Washington, D. C.,
entered an appearance for intervenor,
Best Cabs, Inc.

Before EDGERTON, FAHY and BASTIAN,
Circuit Judges.

BASTIAN, Circuit Judge.

City Cabs, Inc., has appealed from a
decision and order of the Federal Com-
munications Commission adopted March
25, 1959, released March 27, 1959, af-
firming a grant, dated May 31, 1957, of
the application of Best Cabs, Inc., inter-
venor herein, for a construction permit
and license in the Taxicab Radio Serv-
ice, granting the petition of Best Cabs
for leave to amend its application orig-
inally filed December 26, 1957, and deny-
ing the protest of City Cabs, Inc., against
the grant of the application of Best
Cabs.

The decision affirming the May 31,
1957 grant was contingent on the filing
of an affidavit by Best Cabs supplying
data missing from its original applica-
tion, such as frequency, emission, power
and other information specified in para-
graph 5 of the Commission's decision,
and affirmatively reciting facts sufficient
to warrant a finding and conclusion of
eligibility under Section 16.401(a) (1)
of the Commission's Rules.[1]

Appellant first urges that the
Commission erred in permitting the in-

---

1. This affidavit was filed and deemed by the Commission a satisfactory compliance with
the directions of the Commission.

tervenor's application to be validated by a *nunc pro tunc* amendment. We think that under the decision of this court in Johnston Broadcasting Co. v. Federal Communications Comm'n, 1949, 85 U.S. App.D.C. 40, 175 F.2d 351, the action of the Commission in this regard was within its power and was proper.

Appellant further urges that the Commission erred in determining that certain misrepresentations in intervenor's application, inserted by an unauthorized person, did not constitute a willful and deliberate misrepresentation by the intervenor and that the intervenor was not guilty of a willful and knowing concealment of material facts.

We think that the finding of the Commission that Best Cabs did not commit acts of deliberate and willful misrepresentation and did not deliberately conceal the facts of such misrepresentation is supported by the record as a whole.

Finding no reason to disturb the decision of the Commission, that decision is

Affirmed.